IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO WATSON                                                                PETITIONER

v.                              NO. 5:15CV00141 JLH/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                            RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. In addition, the Court has considered Alonzo Watson's objections to the Recommendation and has reviewed *de novo* those portions of the record relating to Watson's objections. After careful consideration, this Court adopts the Recommendation as its own. Petitioner Alonzo Watson's petition for writ of habeas corpus (docket entry #1) is denied and dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 19th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE